PHILLIP A. TALBERT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATISHA GATLIN,<br>Plaintiff,<br>v.<br>ROBERT MCDONALD, SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS; ET AL.,<br>Defendants. | CASE NO. 2:15-CV-00377-JAM-CKD<br><br>**STIPULATION TO DISMISS ACTION AND ORDER ENTERING JUDGMENT FOR DEFENDANTS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Natisha Gatlin and Defendant Robert McDonald, Secretary of the Department of Veterans Affairs, hereby stipulate to dismissal of this action in its entirety against all defendants with prejudice, each party to bear its own costs, and request that the Court order judgment entered for defendants pursuant to that dismissal. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for voluntary dismissal of an action by the Plaintiff without a court order upon filing of a stipulation signed by all parties who have appeared.[1] This stipulation is signed by all parties who have appeared. An order recognizing the dismissal and ordering the entry of judgment is attached for administrative convenience, and the parties stipulate to its adoption.

---

[1] Rule 41 provides:

(a) **Voluntary Dismissal**.

(1) **By the Plaintiff.**

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: December 28, 2016 By: */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

BENJAMIN LAW GROUP, P.C.

Dated: December 28, 2016 By: */s/ Na'il Benjamin (authorized 12/28/2016)*
Attorney for Plaintiff Natisha Gatlin

**ORDER**

Based on the parties' stipulation, and pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED THAT**:**

1. All dates in this matter are hereby vacated;
2. This action is dismissed in its entirety and with prejudice as to all defendants;
3. Each side shall bear its own fees and costs; and
4. Judgment shall be entered for defendants.

**IT IS SO ORDERED**.

Date: 12/28/2016 /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge